IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | 8:09CR20 |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | ORDER |
| ) | |
| TONY T. BURKHALTER,    ) | |
| ) | |
| Defendant.    ) | |

This matter is before the court on the motion to continue by defendant Tony T. Burkhalter (Burkhalter) (Filing No. 13). The motion does not comply with NECrimR 12.1(a) and paragraph 9 of the Progression Order (Filing No. 9) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1) Has been advised by counsel of the reasons for seeking a continuance;
(2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.; and
(3) With this understanding and knowledge, agrees to the filing of the motion.

Accordingly, the motion (Filing No. 13) is:

( X )   Held in abeyance pending compliance with NECrimR 12.1(a) and Paragraph 9 of the Progression Order. Absent compliance **on or before February 24, 2009**, the motion will be deemed withdrawn and termed on the docket.

(   )   Denied.

**IT IS SO ORDERED.**

DATED this 18th day of February, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge